UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MARGARITO RAMIREZ CABALLERO,<br><br>Movant. | No.  2:07-cr-0088 KJM DAD P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 24, 2014, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Movant has filed objections to the findings and recommendations.[1]

/////

---

[1] Movant, through his objections, seeks a reduction of his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines.  *See* ECF No. 375 at 2.  Movant's objections are not the proper vehicle for presenting this request to the court.  Such a request should be made, if at all, by a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c).  The court makes no ruling at this time on whether movant is entitled to a reduction of his sentence under Amendment 782.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court corrects a typographical error at page 14, line 21, changing the word desparate to disparate.

Accordingly, IT IS HEREBY ORDERED that:

1. With the correction noted in this order, the findings and recommendations filed November 24, 2014, are adopted in full;

2. Movant's motion pursuant to 28 U.S.C. § 2255 is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:13-cv-1231 KJM DAD P.

DATED: March 12, 2015.

_____
UNITED STATES DISTRICT JUDGE