HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARGARITO RAMIREZ CABALLERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARITO RAMIREZ CABALLERO,<br><br>Defendant. | Case No.  2:07-cr-088 KJM<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable KIMBERLY J. MUELLER |

Defendant, MARGARITO RAMIREZ CABALLERO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 25, 2008, this Court sentenced Mr. Caballero to a term of 292 months imprisonment;

3. His total offense level was 40, his criminal history category was I, and the resulting guideline range was 292 to 365 months;

4. The sentencing range applicable to Mr. Caballero was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Caballero's total offense level has been reduced from 40 to 38, and his amended guideline range is 235 to 293 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Caballero's term of imprisonment to a term of 235 months.

Respectfully submitted,

Dated:  January 29, 2016                              Dated:   January 29, 2016

BENJAMIN B. WAGNER                              HEATHER E. WILLIAMS
United States Attorney                                   Federal Defender


 /s/ Jason Hitt                                                /s/ Hannah R. Labaree
JASON HITT                                                  HANNAH R. LABAREE
Assistant U.S. Attorney                                  Assistant Federal Defender

Attorney for Plaintiff                                      Attorney for Defendant
UNITED STATES OF AMERICA                  MARGARITO RAMIREZ CABALLERO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Caballero is entitled to the benefit Amendment 782, which reduces the total offense level from 40 to 38, resulting in an amended guideline range of 235 to 293 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2008 be reduced to a term of 235 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Caballero shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   February 2, 2016

_____
UNITED STATES DISTRICT JUDGE